John Pierce
Themis PLLC
2305 Calvert Street NW
Washington DC  20008
tel. (202) 567-2040

SAIED KASHANI, SBN 144805, admitted Pro Hac Vice
800 West First Street Suite 400
Los Angeles, California  90012
tel. (213) 625-4320
fax  (213) 652-1900
email:  **saiedkashani@gmail.com**

Attorneys for Defendant
SHANTIA HASSANSHAHI

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. ACTION NO. 13-0274 (RC) |
| | ) |
| Plaintiff, | ) DEFENDANTS' APPLICATION TO |
| | ) RELEASE PROPERTY BOND AND |
| v. | ) MODIFY CURFEW WHILE LEAVING |
| | ) ALL OTHER TERMS AND CONDITIONS |
| SHANTIA HASSANSHAHI, | ) OF RELEASE UNCHANGED |
| | ) |
| Defendant. | ) |
| | ) |

**APPLICATION**

Defendant applies for release of the property bond in his case and to remove the nightly curfew, with all other conditions of release to remain the same, due to the property owner's financial needs.

**A. Background**

Defendant Shantia Hassanshahi was arrested at Los Angeles International Airport and placed in custody in January 2014. Subsequently this Court ordered his release pending trial on conditions including:

1. $450,000 property equity bond posted by a relative, Ali Razaghi
2. Surrender of passports (confiscated at the airport in any event)
3. Restriction of movement to the Central District of California
4. Intensive monitoring including an ankle monitor

Subsequently the ankle monitor was removed for a specified six months for medical treatment. Defendants' counsel understand it was put back on last week at the close of the six months, as scheduled.

5. Nightly curfew that he must be home by 9pm every night.

Pretrial Services in California has reported to this Court that defendant has been in compliance with all conditions of his release and has not had any violations.

**B. Grounds for release of property bond**

The property owner needs to refinance the property and

remove cash for financial needs.  Following refinance the property bond will no longer be possible.

Defendant has been unable to find an alternate source of property bond or cash or other value bond, even of much smaller dollar amount.

Counsel for defendant and government have met and conferred on this issue.  Government prefers a substitution of bond, but the fact is that none is available.

**B.    Grounds for removing the nightly curfew**

The nightly curfew would appear to be an unnecessary burden given the ankle monitoring and travel restrictions.  It would not seem to matter where, within the Central District, Mr. Hassanshahi is at 9pm, which is all the curfew controls.  He cannot leave the Central District and in any event, with the ankle bracelet, the government knows exactly where he is at all times.

On the other hand the nightly curfew is a severe restriction on Mr. Hassanshahi's ability to interact with his family.  In the Iranian community of which Mr. Hassanshahi is a part, family gatherings are common but tend to start very late and go late into the night.  These are not occasions for drinking or carousing, just dinner and talking and perhaps backgammon and *pasoor* (a rudimentary form of bridge), but again they start late and go late.  Dinner is rarely served before 10pm.  See Bird, C., Neither East Nor West: One Woman's Journey through the Islamic Republic of Iran p. 109 ("Iranians often eat very late, at 9, 10 or even 11pm")  A 9pm curfew is a serious imposition on Mr. Hassanshahi's family life.

### C. **Request for relief**

To accommodate the property owner, defendant respectfully requests the Court to release the property bond, to remove the nightly curfew, and to leave all other terms and conditions of release unchanged. Defendant has demonstrated compliance with his terms of release pending trial and, he submits, the additional requirement of a property or large collateral bond is no longer required.

DATED: April 12, 2015

Saied Kashani
Attorney for Defendant
SHANTIA HASSANSHAHI

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing opposition was served electronically on Frederick Yvette, counsel for the government, via email to Mr. Yvette's confirmed email address on April 12, 2015.

Saied Kashani

2