# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | Criminal Action No.:  13-0274 (RC) |
| : | |
| SHANTIA HASSANSHAHI,  : | Re Document No.:  145 |
| : | |
| Defendant.  : | |

## ORDER

### DENYING DEFENDANT'S APPLICATION FOR RELEASE FROM HIS BALANCE OF SUPERVISED RELEASE [143]

On March 2, 2018, Defendant Shantia Hassanshahi filed an application requesting an early termination of his supervised release. See ECF No. 143. Mr. Hassanshahi has completed his custodial sentence of twelve months and approximately five months of his twelve-month supervised release. See ECF No. 143. He contends that because he has completed all of his custodial sentence and part of his supervised release without violation, the Court should use its discretion to terminate his supervised release early. See ECF No. 143; ECF No. 146.

After reviewing Mr. Hassanshahi's submissions supporting his motion, including his supplemental statement filed April 3, 2018, and the entire record in this case, the Court finds that Mr. Hassanshahi's motion should be denied.  To start, Mr. Hassanshahi does not meet the statutory qualifications necessary to have his supervised release obligations terminated early. Under 18 U.S.C. § 3583(e)(1), a court may terminate a term of supervised release only *after* the defendant has served at least one year of supervised release.  Because Mr. Hassanshahi has only served approximately five months of supervised release, the Court has no statutory authority to terminate his obligations at this time.  However, even if early termination were within the Court's discretion at this stage, the Court would still deny the motion.  In fashioning the

2

appropriate overall sentence for Mr. Hassanshahi—which the Court considers to be lenient—the Court took into consideration the term of supervised release. The Court is still of the opinion that the term of supervised release is appropriate and none of Mr. Hassanshahi's arguments have persuaded this Court otherwise. Accordingly, Defendant's application for release from his balance of supervised release (ECF No. 143) is **DENIED**.

    **SO ORDERED**.

Dated: April 4, 2018　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge